AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

District of _____

PAUL WHOOTEN

Plaintiff

V.

UNITED STATES OF AMERICA

Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 05 11340 GAO PBS

I, __PAUL WHOOTEN__ declare that I am the (check appropriate box)

☑ petitioner/plaintiff/movant    ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☑ Yes    ☐ No    (If "No," go to Part 2)

   If "Yes," state the place of your incarceration __U.S. PENITENTIARY, LEWISBURG, PA__

   Are you employed at the institution? __NO__   Do you receive any payment from the institution? __NO__

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six months'** transactions.

2. Are you currently employed?    ☐ Yes    ☐ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment    ☐ Yes    ☑ No
   b. Rent payments, interest or dividends             ☐ Yes    ☑ No
   c. Pensions, annuities or life insurance payments   ☐ Yes    ☑ No
   d. Disability or workers compensation payments      ☐ Yes    ☑ No
   e. Gifts or inheritances                            ☐ Yes    ☑ No
   f. Any other sources                                ☑ Yes    ☐ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

I recieve small amounts of monies, average 50.00 per month, from my family for commisary here at the institution. I expect to recieve the same in the following months.

4. Do you have **any** cash or checking or savings accounts?   ☐ Yes   ☑ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☑ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

I declare under penalty of perjury that the above information is true and correct.

_June 15, 2005_  
Date

_Paul Whooten_  
Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

Date: 06/15/2005
Time: 4:11:07 pm

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Limited Official Use

Facility: LEW

**Start Date:** 10/01/2004
**End Date:** 09/30/2005
**Inmate Reg #:** 22775038
**Account Status:** All
**Institution:** All

## General Information

Inmate Reg#: 22775038
Inmate Name: WHOOTEN, PAUL R
Current Site Name: Lewisburg USP
Housing Unit: UNIT 2

Living Quarters: C02-217L
Arrived From:
Transferred To:
Account Creation Date: 2/1/2002

## Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| LEW | 10/04/2004 03:06:32 PM | 152 | | 568070 | Local Collections | $50.00 | | $68.85 |
| LEW | 10/08/2004 02:04:44 PM | 484 | | 568076 | Local Collections | $50.00 | | $118.85 |
| LEW | 10/08/2004 02:04:44 PM | 455 | | 568076 | Local Collections | $25.00 | | $163.85 |
| LEW | 10/08/2004 02:04:44 PM | 483 | | 568076 | Local Collections | $20.00 | | $138.85 |
| LEW | 10/08/2004 04:57:54 PM | ITS1008 | | | ITS Withdrawal | ($1.00) | | $162.85 |
| LEW | 10/08/2004 06:16:23 PM | ITS1008 | | | ITS Withdrawal | ($3.00) | | $159.85 |
| LEW | 10/09/2004 12:28:29 PM | ITS1009 | | | ITS Withdrawal | ($2.00) | | $157.85 |
| LEW | 10/13/2004 05:19:30 PM | 62 | | | Sales | ($148.55) | | $9.30 |
| LEW | 10/14/2004 02:28:25 PM | 789 | | 568083 | Local Collections | $25.00 | | $34.30 |
| LEW | 10/15/2004 08:35:48 PM | ITS1015 | | | ITS Withdrawal | ($1.00) | | $33.30 |
| LEW | 10/16/2004 06:27:03 PM | ITS1016 | | | ITS Withdrawal | ($1.00) | | $32.30 |
| LEW | 10/16/2004 08:37:26 PM | ITS1016 | | | ITS Withdrawal | ($1.00) | | $31.30 |
| LEW | 10/19/2004 04:53:00 PM | 46 | | | Sales | ($28.15) | | $3.15 |
| LEW | 10/21/2004 08:45:21 PM | ITS1021 | | | ITS Withdrawal | ($1.00) | | $2.15 |
| LEW | 10/25/2004 06:35:11 PM | ITS1025 | | | ITS Withdrawal | ($1.00) | | $1.15 |
| LEW | 10/27/2004 09:38:13 PM | ITS1027 | | | ITS Withdrawal | ($1.00) | | $0.15 |
| LEW | 12/17/2004 05:39:15 AM | 70122301 | | | Lockbox - CD | $25.00 | | $25.15 |
| LEW | 12/17/2004 05:39:19 AM | 70122301 | | | Lockbox - CD | $50.00 | | $75.15 |
| LEW | 12/17/2004 04:30:39 PM | ITS1217 | | | ITS Withdrawal | ($2.00) | | $73.15 |
| LEW | 12/17/2004 06:07:43 PM | ITS1217 | | | ITS Withdrawal | ($2.00) | | $71.15 |
| LEW | 12/18/2004 10:15:14 AM | ITS1218 | | | ITS Withdrawal | ($2.00) | | $69.15 |

Date: 06/15/2005
Time: 4:11:08 pm

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Limited Official Use

Facility: LEW

### General Information

Inmate Reg#: 22775038
Inmate Name: WHOOTEN, PAUL R
Current Site Name: Lewisburg USP
Housing Unit: UNIT 2

Living Quarters: C02-217L
Arrived From:
Transferred To:
Account Creation Date: 2/1/2002

### Transaction Details

| Alpha Code | Date Time | Reference# | Payment# Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|
| LEW | 12/19/2004 10:37:13 AM | ITS1219 | | ITS Withdrawal | ($1.00) | | $68.15 |
| LEW | 12/19/2004 04:54:19 PM | ITS1219 | | ITS Withdrawal | ($1.00) | | $67.15 |
| LEW | 12/21/2004 05:22:01 PM | 25 | | Sales | ($65.65) | | $1.50 |
| LEW | 12/25/2004 07:08:27 PM | ITS1225 | | ITS Withdrawal | ($1.00) | | $0.50 |
| LEW | 12/27/2004 05:33:51 AM | 70122903 | | Lockbox - CD | $50.00 | | $50.50 |
| LEW | 12/27/2004 04:32:23 PM | ITS1227 | | ITS Withdrawal | ($2.00) | | $48.50 |
| LEW | 12/27/2004 08:56:58 PM | ITS1227 | | ITS Withdrawal | ($2.00) | | $46.50 |
| LEW | 12/28/2004 05:07:41 PM | 52 | | Sales | ($43.25) | | $3.25 |
| LEW | 12/31/2004 10:40:42 AM | ITS1231 | | ITS Withdrawal | ($1.00) | | $2.25 |
| LEW | 01/02/2005 12:16:56 PM | ITS0102 | | ITS Withdrawal | ($1.00) | | $1.25 |
| LEW | 01/03/2005 05:33:28 AM | 70123403 | | Lockbox - CD | $30.00 | | $31.25 |
| LEW | 01/04/2005 06:22:23 PM | ITS0104 | | ITS Withdrawal | ($1.00) | | $30.25 |
| LEW | 01/04/2005 08:41:08 PM | ITS0104 | | ITS Withdrawal | ($1.00) | | $29.25 |
| LEW | 01/05/2005 04:45:13 PM | 9 | | Sales | ($28.00) | | $1.25 |
| LEW | 01/09/2005 10:20:57 AM | ITS0109 | | ITS Withdrawal | ($1.00) | | $0.25 |
| LEW | 01/13/2005 05:43:00 AM | 70124201 | | Lockbox - CD | $10.00 | | $10.25 |
| LEW | 01/13/2005 05:03:00 PM | ITS0113 | | ITS Withdrawal | ($1.00) | | $9.25 |
| LEW | 01/13/2005 06:09:45 PM | ITS0113 | | ITS Withdrawal | ($2.00) | | $7.25 |
| LEW | 01/14/2005 04:37:56 PM | ITS0114 | | ITS Withdrawal | ($1.00) | | $6.25 |
| LEW | 01/15/2005 11:24:32 AM | ITS0115 | | ITS Withdrawal | ($1.00) | | $5.25 |
| LEW | 01/19/2005 08:20:00 PM | ITS0119 | | ITS Withdrawal | ($1.00) | | $4.25 |
| LEW | 01/21/2005 06:19:17 PM | ITS0121 | | ITS Withdrawal | ($1.00) | | $3.25 |
| LEW | 01/22/2005 08:50:52 PM | ITS0122 | | ITS Withdrawal | ($1.00) | | $2.25 |
| LEW | 01/23/2005 09:39:44 AM | ITS0123 | | ITS Withdrawal | ($1.00) | | $1.25 |
| LEW | 01/26/2005 09:14:13 PM | ITS0126 | | ITS Withdrawal | ($1.00) | | $0.25 |
| LEW | 02/05/2005 05:46:26 AM | 70125801 | | Lockbox - CD | $25.00 | | $25.25 |
| LEW | 02/07/2005 04:38:00 PM | ITS0207 | | ITS Withdrawal | ($1.00) | | $24.25 |
| LEW | 02/08/2005 06:12:29 PM | ITS0208 | | ITS Withdrawal | ($1.00) | | $23.25 |
| LEW | 02/08/2005 07:43:01 PM | ITS0208 | | ITS Withdrawal | ($2.00) | | $21.25 |
| LEW | 02/09/2005 06:16:37 PM | 53 | | Sales | ($20.85) | | $0.40 |

Date: 06/15/2005
Time: 4:11:08 pm

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Limited Official Use

Facility: LEW

### General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | 22775038 | Living Quarters: | C02-217L |
| Inmate Name: | WHOOTEN, PAUL R | Arrived From: | |
| Current Site Name: | Lewisburg USP | Transferred To: | |
| Housing Unit: | UNIT 2 | Account Creation Date: | 2/1/2002 |

### Transaction Details

| Alpha Code | Date Time | Reference# | Payment# Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|
| LEW | 02/11/2005 05:43:03 AM | 70126201 | | Lockbox - CD | $25.00 | | $25.40 |
| LEW | 02/11/2005 09:05:41 PM | ITS0211 | | ITS Withdrawal | ($1.00) | | $24.40 |
| LEW | 02/16/2005 06:52:54 PM | 73 | | Sales | ($23.70) | | $0.70 |
| LEW | 02/22/2005 05:51:22 AM | 70126804 | | Lockbox - CD | $40.00 | | $40.70 |
| LEW | 02/23/2005 06:09:03 PM | ITS0223 | | ITS Withdrawal | ($1.00) | | $39.70 |
| LEW | 02/24/2005 05:49:28 PM | 43 | | Sales | ($37.70) | | $2.00 |
| LEW | 02/26/2005 10:21:19 AM | ITS0226 | | ITS Withdrawal | ($2.00) | | $0.00 |
| LEW | 03/03/2005 05:21:52 AM | 70127501 | | Lockbox - CD | $40.00 | | $40.00 |
| LEW | 03/04/2005 05:06:50 PM | ITS0304 | | ITS Withdrawal | ($1.00) | | $39.00 |
| LEW | 03/05/2005 11:03:12 AM | ITS0305 | | ITS Withdrawal | ($1.00) | | $38.00 |
| LEW | 03/09/2005 05:42:20 PM | 44 | | Sales | ($37.85) | | $0.15 |
| LEW | 03/23/2005 06:54:08 PM | 88 | | Sales | $0.00 | | $0.15 |
| LEW | 03/29/2005 05:58:25 AM | 70129301 | | Lockbox - CD | $30.00 | | $30.15 |
| LEW | 03/29/2005 05:32:19 PM | ITS0329 | | ITS Withdrawal | ($2.00) | | $28.15 |
| LEW | 03/31/2005 05:22:39 AM | 70129501 | | Lockbox - CD | $30.00 | | $58.15 |
| LEW | 03/31/2005 06:11:24 PM | ITS0331 | | ITS Withdrawal | ($1.00) | | $57.15 |
| LEW | 04/02/2005 12:02:07 PM | ITS0402 | | ITS Withdrawal | ($2.00) | | $55.15 |
| LEW | 04/02/2005 04:47:15 PM | ITS0402 | | ITS Withdrawal | ($2.00) | | $53.15 |
| LEW | 04/03/2005 01:02:25 PM | ITS0403 | | ITS Withdrawal | ($1.00) | | $52.15 |
| LEW | 04/05/2005 06:36:12 PM | 91 | | Sales | ($51.80) | | $0.35 |
| LEW | 04/08/2005 05:47:32 AM | 70130101 | | Lockbox - CD | $60.00 | | $60.35 |
| LEW | 04/08/2005 04:51:02 PM | ITS0408 | | ITS Withdrawal | ($2.00) | | $58.35 |
| LEW | 04/09/2005 11:58:00 AM | ITS0409 | | ITS Withdrawal | ($1.00) | | $57.35 |
| LEW | 04/11/2005 06:18:00 PM | ITS0411 | | ITS Withdrawal | ($1.00) | | $56.35 |
| LEW | 04/12/2005 05:56:03 PM | 100 | | Sales | ($54.85) | | $1.50 |
| LEW | 04/15/2005 05:46:00 AM | 70130601 | | Lockbox - CD | $30.00 | | $31.50 |
| LEW | 04/15/2005 06:04:29 PM | ITS0415 | | ITS Withdrawal | ($2.00) | | $29.50 |
| LEW | 04/19/2005 06:48:26 PM | 119 | | Sales | ($29.35) | | $0.15 |
| LEW | 04/25/2005 05:36:34 AM | 70131203 | | Lockbox - CD | $30.00 | | $30.15 |
| LEW | 04/25/2005 05:16:12 PM | ITS0425 | | ITS Withdrawal | ($1.00) | | $29.15 |

Date: 06/15/2005  
Time: 4:11:08 pm  

Federal Bureau of Prisons  
TRUFACS  
**Inmate Statement**  
Limited Official Use  

Facility: LEW

### General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | 22775038 | Living Quarters: | C02-217L |
| Inmate Name: | WHOOTEN, PAUL R | Arrived From: | |
| Current Site Name: | Lewisburg USP | Transferred To: | |
| Housing Unit: | UNIT 2 | Account Creation Date: | 2/1/2002 |

### Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| LEW | 04/25/2005 06:02:21 PM | ITS0425 | | | ITS Withdrawal | ($1.00) | | $28.15 |
| LEW | 04/26/2005 05:40:02 PM | 84 | | | Sales | ($28.05) | | $0.10 |
| LEW | 04/29/2005 05:37:36 AM | 70131601 | | | Lockbox - CD | $40.00 | | $40.10 |
| LEW | 04/29/2005 05:13:30 PM | ITS0429 | | | ITS Withdrawal | ($2.00) | | $38.10 |
| LEW | 04/30/2005 11:18:30 AM | ITS0430 | | | ITS Withdrawal | ($1.00) | | $37.10 |
| LEW | 05/01/2005 05:08:32 PM | ITS0501 | | | ITS Withdrawal | ($1.00) | | $36.10 |
| LEW | 05/03/2005 12:13:22 PM | 33315105 | | | Western Union | $100.00 | | $136.10 |
| LEW | 05/03/2005 05:33:38 PM | 88 | | | Sales | ($130.40) | | $5.70 |
| LEW | 05/04/2005 07:38:15 PM | ITS0504 | | | ITS Withdrawal | ($1.00) | | $4.70 |
| LEW | 05/07/2005 09:23:33 PM | ITS0507 | | | ITS Withdrawal | ($1.00) | | $3.70 |
| LEW | 05/08/2005 10:33:46 AM | ITS0508 | | | ITS Withdrawal | ($1.00) | | $2.70 |
| LEW | 05/15/2005 10:36:52 AM | ITS0515 | | | ITS Withdrawal | ($1.00) | | $1.70 |
| LEW | 05/17/2005 06:20:46 PM | ITS0517 | | | ITS Withdrawal | ($1.00) | | $0.70 |
| LEW | 05/18/2005 01:08:45 PM | 33316205 | | | Western Union | $150.00 | | $150.70 |
| LEW | 05/18/2005 05:44:21 PM | 43 | | | Sales | ($150.65) | | $0.05 |
| LEW | 05/25/2005 05:28:42 AM | 70133401 | | | Lockbox - CD | $25.00 | | $25.05 |
| LEW | 05/25/2005 05:14:01 PM | ITS0525 | | | ITS Withdrawal | ($1.00) | | $24.05 |
| LEW | 05/25/2005 09:11:04 PM | ITS0525 | | | ITS Withdrawal | ($1.00) | | $23.05 |
| LEW | 06/01/2005 05:41:57 PM | 85 | | | Sales | ($22.50) | | $0.55 |
| | **Total Transactions: 100** | | | | **Totals:** | **($18.30)** | **$0.00** | |

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| LEW | $0.55 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.55 |

Page 4

Date: 06/15/2005  
Time: 4:11:08 pm

Federal Bureau of Prisons  
TRUFACS  
**Inmate Statement**  
Limited Official Use

Facility: LEW

### General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | 22775038 | Living Quarters: | C02-217L |
| Inmate Name: | WHOOTEN, PAUL R | Arrived From: | |
| Current Site Name: | Lewisburg USP | Transferred To: | |
| Housing Unit: | UNIT 2 | Account Creation Date: | 2/1/2002 |

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| Totals: | $0.55 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.55 |