UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Paul Whooten,
                Petitioner,

           v.                         Civil Action No. 05-11340-PBS

United States of America,
                Respondent.

ORDER ON APPLICATION TO
PROCEED WITHOUT PREPAYMENT OF FEES

    Now before the Court is plaintiff's application to proceed without prepayment of fees and affidavit under 28 U.S.C. § 1915:

The application to proceed without prepayment of fees is:

☐    GRANTED.

☒    DENIED for the following reason(s):
The application is denied as moot as to the filing fee. Pursuant to Rule 3 of the Rules Governing Section 2255 Proceedings For the United States District Courts, petitioner is not required to pay a fee in connection with the filing of a Section 2255 Motion to Vacate, Set Aside or Correct A Sentence. Once the current stay of proceedings has been lifted, petitioner may renew this motion if petitioner believes he lacks sufficient funds to pay for transcripts or other costs associated with this proceeding.

SO ORDERED.

February 16, 2006                        /s/ Patti B. Saris
DATE                                      UNITED STATES DISTRICT JUDGE